UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 12-308 (JNE/JJK) |
| Plaintiff, | |
| v. | **MOTION FOR FINAL ORDER OF FORFEITURE** |
| WESLEY RAYVON JOHNSON, | |
| Defendant. | |

Plaintiff, the United States of America, by and through B. Todd Jones, United States Attorney for the District of Minnesota, and Gregory G. Brooker, Assistant United States Attorney, respectfully moves for a Final Order of Forfeiture and in support thereof represents the following:

On March 19, 2013, this Court entered a Preliminary Order of Forfeiture, based on the Plea Agreement between the United States and Defendant Wesley Rayvon Johnson, forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d)(1):

a. Smith and Wesson Model SW40V, .40 caliber, semi-automatic pistol, serial number PAN4378; and
b. 6 rounds of ammunition.

Pursuant to 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c) third parties asserting a legal interest in the above property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

The United States published notice of the Court's Preliminary Order of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 21, 2103, as required by Rule G(4)(a)(iv)(C) of the

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The notice of forfeiture advised all unknown interested third parties of their right to petition the court within sixty (60) days from the first date of publication for a hearing to adjudicate the validity of the alleged legal interest in the above property.

No third party has made any claim or declared any interest in the above property and the time for filing a petition has expired. Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all third party petitions, or following the expiration of the time period provided by law for filing such petitions, the United States shall have clear title to the property that is the subject of the order of forfeiture.

Accordingly, the United States moves this Court for a Final Order of Forfeiture vesting full right, title and interest in the above property in the United States and declaring the property forfeited to the United States for disposition in accordance with law, and requests that such order be entered in conjunction with sentencing.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: 7-8-13 | B. TODD JONES<br>United States Attorney |
|  | s/ Gregory Brooker<br>GREGORY G. BROOKER<br>Assistant U.S. Attorney<br>Attorney ID No. 166066<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN  55415<br>612-664-5600<br>Greg.brooker@usdoj.gov |